EDMISTEN, JUSTIN
Name

4569 N. State Rte.-490

White Pine County, Ely NV 89301-1989
Address

E.S.P./7.B-#19B (1047583)
Prison Number

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

EDMISTEN, JUSTIN,
      Plaintiff,

vs.

SUCIDO,
WEILAND, JAMES,
GITTERE, WILLIAM,

_____,

_____,
      Defendant(s).

CASE NO. 3:21-CV-00245-MMD-WGC
(To be supplied by the Clerk)

Rule 15.(a),(2),
A M E N D E D
CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

"JURY TRIAL DEMANDED"

### A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, Justin James Edmisten
(print Plaintiff's name)

who presently resides at 4569 North State Rt. 490, Ely Nevada 89301-1989, were
(mailing address or place of confinement)
violated by the actions of the below named individuals which were directed against

Plaintiff at E.S.P./White Pine County on the following dates
(institution/city where violation occurred)

April 6TH, 2021 , April 6TH, 2021 , and August 8TH, 2021
(Count I)           (Count II)              (Count III)

§1983-Form
eff. 1/97

I.

Make a copy of this page to provide the below
information if you are naming more that five (5) defendants

2) Defendant _____ resides at _____,
(full name of first defendant)           (address of first defendant)

and is employed as _____. This defendant is sued in his/her
(defendant's position and title, if any)

___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: _____

3) Defendant **GITTERE, WILLIAM** resides at **E.S.P./ P.O. Box 1989, 89301**
(full name of first defendant)           (address of first defendant)

and is employed as **(HEAD WARDEN)**. This defendant is sued in his/her
(defendant's position and title, if any)

✓ individual ___ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: **Defendant Employed By (N.D.O.C.) Works As (Head Warden), Under Color Of Law**

4) Defendant _____ resides at _____,
(full name of first defendant)           (address of first defendant)

and is employed as _____. This defendant is sued in his/her
(defendant's position and title, if any)

___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: _____

5) Defendant _____ resides at _____,
(full name of first defendant)           (address of first defendant)

and is employed as _____. This defendant is sued in his/her
(defendant's position and title, if any)

___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: _____

§1983-Form                      II.
eff. 8/96

5) Defendant **SUCIDO,** resides at E.S.P./P.O.Box 1989, 89301, and is employed as **(C/O)**. This defendant is sued in his/her ✓ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Defendant Employed By (N.D.O.C.) Works As (C/O), Under Color Of Law.

6) Defendant **WEILAND, JAMES** resides at E.S.P./P.O.Box 1989, 89301, and is employed as **(C.E.R.T.-S C/O)**. This defendant is sued in his/her ✓ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Defendant Employed By (N.D.O.C.) Works As (C.E.R.T.-S C/O), Under Color Of Law.

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below. 28 U.S.C. § 1350, Sec 3, (b), (1), (2)(A).

**B.    NATURE OF THE CASE**

8) Briefly state the background of your case.

Once Protested A 72 Hour Shower, Yard, During Early Morning Med.Pass By Capture Cell Food Port While (SUCIDO) Holding Protective Shield Inflicted Several Wounds By Knife Me With His Huge "STATE ISSUED", Key Causing Severe Gashes And Bleeding Of Upper-Right ForeArm! Upon Escort To Infirmary For Surgery (WEILAND) While Under Heavy Restraints Leg-Sweep Me Smear Face Plus Threats Etc......

III.

## C. CAUSE(S) OF ACTION

### CLAIM 1.

The following civil rights have been violated: **8TH AMENDMENT VIOLATION – "EXCESSIVE FORCE."**

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

(SUCIDO), While I Captured My Cell Food Port Protesting My 72 Hour Shower, Yard Group 2 Day While Holding A "HRP" Plexy Glass Shield During Early Med-Pass Hours Started Stabbing Me With His "STATE ISSUED" Service Key Which Is Roughly 6 Inchs Long In My Upper-Right ForeArm Causing Several Gashes Which Required 3 Sections Of Stitches, A Significant Blood Loss Looked Like A Murder Scene Occured! My Right ForeArm Also Was Swollen And Shattered For Roughly A Whole Week & Half Feeling. His Intentionally Wantonness Plus UnNecessary Application Of Force Surrounding The Reasonably Perceived Relationship Between That And The Amount Of Force Exerted On Me! He Could Have Just Walked Away And Dispatched A Shift Command To Make Efforts To Temper The Severity Of A Forceful Response By Inflicting 1 ½ Inch Deep Wounds On Me! WHITLEY V. ALBERS, 475 U.S. 312 (1986). The Force Applied "Maliciously And Sodistically For Very

IV. A.

CLAIM 1. (CON'TD)

The following civil rights have been violated: **8TH AMENDMENT VIOLATION - "EXCESSIVE FORCE."**

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Purpose Of Causing Harm" Then He Pretty Much After Just Carry On Finishing The Med-Pass After Slam Cell Food Port Shut Letting Me Somewhat Bleed Out! I Managed To Get (Ms. Hunt LPN Eye-Witness) Attention Showed Her My Wounds Right After Incident Transpired... Given The Situation I Was Behind A Locked-Door And Was UnArmed So There Without A Very Real Threat Of Harm Toward Either Members So The Situation Seems UnJustified, Accordingly!

IV.B.


Case 3:21-cv-00245-MMD-CSD Document 5 Filed 09/30/21 Page 6 of 9

CLAIM a.

The following civil rights have been violated: **14TH AMENDMENT VIOLATION- "TORTURE VICTIM PROTECTION ACT OF 1991"**

---

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

(WEILAND), En Route To Infirmary For Surgery I Under Heavy Restraints (eg; Leg Shackled, HandCuffed W/ Lead Leash) Already Banged-UP From Attenuated Incident Lodged Numerous Degrading Remarks And Threats Of Infliction Of More Severe Physical Pain Or Suffering (eg; Bring Your Cock-Holster Here And Cuff-Up Or Else Get Extracted, I'll Bang You Head Off Every Wall 10 Times Over Again There Witting) Then As Being Almost Reaching The Phase II Infirmary Crossing Gates I Saw The Warden And Say Fuck You He Then Started Twisting My Right Thumb Trying To Dislocate It At A Awkward Angle I Jerk My Head Right Towards Him Cause It Hurt He Say Look Forward I Say Quit Twisting My Right Thumb He Then Leg Sweep Me And My Right Shoulder Pressed Down Hard On Pavement Plus Started Smearing My Face On Ground Which Caused

VI.A.

(Additional pages, if needed: identify what is being continued.)

CLAIM 2, 14TH AMENDMENT VIOLATION - "TVPA OF 1991". Deep Scapes And Brusing And Scars! Sometime I Suffer Mental Pain Resulting In Prolonged NightMares Wake Up With Cold Sweats In The MidNight! I Think He Knows I'm A Gay Individual Do To Prior Room Searchs And Seen The Pictures On My Walls And That's Why Made The "DISCRIMINATORY" Degrading Remark In First Instance Either Or Grapevine Of CoWorkers And He DiD Not Do This In A Good Faith Effort To Maintain Or Restore Discipline Which He Claim "SPONTANEOUS" But I Never Quarrelsome To Begin With. Accordingly! HudSon V. McMillian, 503 U.S. 1 (1992). While Prison Officials Are Afforded Broad Discretion In Maintaining Order, They Are Not Justified In Using Any Amount Of Force When The Threat Of DisOrder Has SubSided. Spain V. Procunier, 600 F.2d 189 (9th Cir. 1979).

VI.B.

COUNT 3

The following civil rights have been violated: 8TH AMENDMENT VIOLATION - "SUPERVISORY LIABILITY".

Supporting Facts (Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights): (GITTERE) Impliedly Condones These Officer's Behavior Due To The Fact I Expressedly Informed The (I.G.) I Wanted Press Charges Against (SUCIDO), He Says Would Tell The Warden My Request, Then Instead On August 8th, 2021 (SUCIDO), Still Employed And Is Working Around Me At Med-Pass Again Early Morning Time! He Was Also At The Scene When Under Heavy Restraint And Supervised Presence When (WEILAND), Slamed Me On The Concrete Scenario! He Failed To Take Reasonable Steps To Protect The Victim Of Another Officer's Use Of Excessive Force Plus Should Be Held Personally Liable For His NonFeasance, Accordingly. SKRTICH V. THORNTON, 280 F.3d 1295 (2002). Crosby v. MATHEWS, 480 F.3d 1265 (2007).



VII.

D.  REQUEST FOR RELIEF

I believe I am entitled to the following relief: Compensational Damages- $7,400,000 For "EXCESSIVE FORCE".

Punitive Damages - Criminal Charges And Whatever Other Monetary Award Seems Just, Fair, Equitable For "Pain & Suffering", "Mental Anguish", "Assault & Battery", ETC......

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(name of person who prepared or helped prepare this complaint if not the plaintiff)

X _Justin L. Edmiston_
(signature of plaintiff)

Sept. 27TH, 2021
(date)

IX.